**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DAVID DORMONT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HEURTEY PETROCHEM and PETRO-CHEM DEVELOPMENT CO., INC.,<br><br>　　　　　　Defendants. | Case No. 17-CV-00638-GKF-FHM |

**JUDGMENT**

Pursuant to the court's Opinion and Order of November 19, 2018 granting summary judgment in favor of defendants Heurtey PetroChem and Petro-Chem Development Co., Inc., it is hereby ordered that plaintiff David Dormont recover nothing, and that the action be dismissed on the merits.

ENTERED this 19th day of November, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE